| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Irene Karbelashvili, 232223<br>AllAccess Law Group<br>19 North 2nd Street, Suite 205<br>San Jose, CA 95113 | (408)295-013 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
SHELBY GAIL HEIFETZ

DEFENDANT:
PRITAM S. GREWAL

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>4:18-cv-05889-JCS |
|---|---|---|---|---|

BY FAX

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint and Cover Sheet, Summons, Order, Order, Order, Order, General/Other, Notice, Order

2. Party Served: GURDIP FOHI, an individual

3. Person Served: party in item 2

4. Date & Time of Delivery:   10/15/2018        1:30PM

5. Address, City and State:   2714 Willow Pass Rd
                              Conord, CA 94519

6. Manner of Service:   Personal Service - By personally delivering copies.

Fee for Service: $ 75

Registered California process server.
County: Solano
Registration No.: 170003
Anthony Nassor
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 10/18/2018 at Los Angeles, California.

Signature: *Anthony*

Anthony Nassor

OL# 12396024