ALLACCESS LAW GROUP
Irene Karbelashvili, SBN 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, SBN 302971
irakli@allaccesslawgroup.com
19 North Second Street, Ste 205
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for SHELBY GAIL HEIFETZ, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY GAIL HEIFETZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PRITAM GREWAL, et al.<br><br>　　　　　Defendants. | Case No. 18-cv-05889-HSG<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

　　　Plaintiff SHELBY GAIL HEIFETZ ("Plaintiff) and Defendants PRITAM GREWAL, an individual; MANJEET GREWAL, an individual; KISHORE LAL, an individual, RAJESH LAL, an individual and GURDIP FOHI, an individual, collectively dba Super Liquor and Gas (collectively "Defendants) hereby stipulate, through their undersigned counsel, that this action be dismissed with prejudice pursuant to FRCP 41(a)(2) with each side bearing her/their own attorneys' fees, litigation expenses, and costs. The parties further request that this Court retain jurisdiction over enforcement of the terms of the settlement agreement, if such enforcement is necessary.

Dated: July 12, 2019				*/s/ Irene Karbelashvili*
					Irene Karbelashvili, Attorney for Plaintiff
					SHELBY GAIL HEIFETZ


Dated: July 16, 2019				*/s/ Dana Wares*
					Dana Wares, Attorney for Defendants
					PRITAM GREWAL, an individual; MANJEET GREWAL, an individual; KISHORE LAL, an individual, RAJESH LAL, an individual and GURDIP FOHI


## FILER'S ATTESTATION

I hereby certify that the content of this document is acceptable to Dana Wares and that I have obtained Ms. Wares' authorization to affix her electronic signature to this document.


					By: */s/ Irene Karbelashvili*
					 Irene Karbelashvili

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE

2

# **ORDER**

Having reviewed the above stipulation, and good cause having been shown, the Court dismisses this action with prejudice with each side bearing her/its own attorneys' fees, costs, and litigation expenses. The Court retains jurisdiction over the settlement agreement. The Court Clerk shall close the case file.

**IT IS SO ORDERED**

Dated: 8/2/2019

_____
United States District Court Judge